Electronically Filed
5/10/2024 11:16 AM
Penny Clarkston, Smith County District Clerk
Reviewed By: Gina McClung

24-1243-C

CAUSE NO. _____

| | | |
|---|---|---|
| **JIMELL JOHNSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **VS.** | § | **241st** **TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **MARTY LATRELL JAMERSON AND** | § | |
| **PRATT INDUSTRIES** | § | |
| | § | |
| *Defendants.* | § | **SMITH COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Comes now, JIMELL JOHNSON, hereinafter styled the Plaintiff, and complains of MARTY LATRELL JAMERSON AND PRATT INDUSTRIES, Defendants, and files this, his Original Petition, and would show unto the Court as follows:

## DISCOVERY CONTROL PLAN

1.      Plaintiff intends to conduct discovery under Level 2 of Texas Rules of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rules of Civil Procedure 169. As required by Rule 47(c) Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiffs seeks monetary relief of over $1,000,000.00.

## PARTIES

2.      Plaintiff, JIMELL JOHNSON, is an individual residing at 609 RAY ANDRA DR., DE SOTO, TX 75115..

3.      Defendant, MARTY LATRELL JAMERSON, is an individuals and resident of Shrevesport Louisana  and may be served with citation, Petition, and Discovery at 3154 Ashton St., Shrevesport, LA 71103.

**PLAINTIFFS' ORIGINAL PETITION**                                            **PAGE 1**

- 4.     Defendant PRATT INDUSTRIES . is a company which can be served by serving its registered agent at 1800C SARASOTA BUSINESS PKWY N, CONYERS GA 30013-5745 or wherever thry may be found.

Plaintiff is requesting this Court for Citation only and will arrange for private process service.

## JURISDICTION AND VENUE

4.     This court has subject matter jurisdiction over this cause because of the amount in controversy exceeds the minimum jurisdictional limit of this court. This court has personal jurisdiction over Defendants because they reside within the State of Texas

5.     Venue is proper in Smith County, Texas because the events giing rise to this litigation occured in said county at the time the case of action accrued.

## FACTS

6.     On or about May 10, 2022, Plaintiff, JIMELL JOHNSON, was injured in a car accident involving a tractor trailor. Plaintiff was operating his vehicle in a reasonable and prudent fashion, taking care for his own safety and that of others on the roadway, lawfully traveling eastbound on Interstate Highway 20. Defendant, Marty Latrell Jamerson, driving a vehicle owned by Defendant, PRATT Industries, ignored his duties as a safe driver and failed to yield right of way causing the collision with Plaintiffs vehicle. Plaintiffs suffered serious injuries as a result of the impact. As a direct and proximate result thereof, Plaintiff sustained serious physical injuries and other damages, which are set forth in more detail below. All damages sought by Plaintiffs are within the jurisdictional limits of this Court.

## COUNT I: NEGLIGENCE

7.     Plaintiff incorporates the preceding paragraphs by reference herein.

8.     Plaintiff would show that on the occasion in question the Defendants Marty Latrell Jamerson and PRATT Industries were negligent in one or more of the following particular duties:

1. In failing to maintain proper control of his vehicle;

2. In failing to take evasive action in order to yield;

3. In failing to take evasive action in order to avoid the collision;

4. In failing to timely apply the brakes of his vehicle in order to avoid the collision in question;

5. In failing to maintain a proper lookout;

6. In failing to exercise due care in order to avoid the collision in question;

7. In driving at a greater rate of speed than would have been maintained by a prudent person under the same or similar circumstances;

8. In failing to turn the corner of his vehicle to the left or to the right in order to avoid the collision in question;

9. In failing to bring the vehicle to a complete stop in order to avoid the collision in question;

10. In failing to control speed;

11. In failing to drive the automobile in a safe and prudent manner, as a person exercising ordinary prudence would have done under the same or similar circumstances; and

12. Other acts of negligence, which will be shown at the trial of this matter.

9.    Each of the foregoing negligent acts and omissions, whether taken singularly or in any combination, were a proximate cause of the Plaintiff's injuries and damages, which are described below.

### <u>COUNT 2: NEGLIGENT ENTRUSTMENT – GROSS NEGLIGENCE</u>

10.    Defendant, PRATT INDUSTRIES, is liable to Plaintiff for Gross Negligence under the doctrine of negligent entrustment. At the time of the accident, Marty Latrell Jamerson, was operating a vehicle owned by Defendant, PRATT INDUSTRIES. Defendant, PRATT

INDUSTRIES, was negligent in entrusting their vehicle to Marty Latrell Jamerson, an incompetent and/or reckless driver. Defendant, PRATT INDUSTRIES, knew or should have known that Marty Latrell Jamerson was incompetent and/or reckless. Marty Latrell Jamerson was negligent on the occasion in question, and his negligence was the proximate cause of the accident.

### COUNT 3: VICARIOUS LIABILITY

11.   Defendant PRATT INDUSTRIES. is vicariously liable for the damages

proximately caused to Plaintiff by virtue of the negligent conduct of its driver/employee/agent, Marty Latrell Jamerson.. At the time of the subject collision, Mr. Jamerson was an employee and/or agent of Defendant PRATT INDUSTRIES.. Further, Mr. Jamerson   was acting within the course and scope of her employment and/or agency relationship on behalf of Defendant PRATT INDUSTRIES at the time of the subject incident. That is, Mr. Jamerson was acting in furtherance of the business of his employer and/or master.

Therefore, Defendant PRATT INDUSTRIES. is vicariously liable to Plaintiffs for the negligent acts and/or omissions of its employee or agent, Marty Latrell Jamerson), on the basis of *respondeat superior* and/or agency law.

### PROXIMATE CAUSE

11.    Plaintiff incorporates the preceding paragraphs by reference herein.

12.    Plaintiff alleges that the Defendant Marty Latrell Jamerson's negligent conduct constituted the actual cause of the aforementioned collision. The conduct at issue is that a person using ordinary care would have foreseen that a collision or accident or some similar event might reasonably result from such conduct. Plaintiff alleges that a reasonable person would foresee the possibility of harm to others and would have anticipated that someone might be injured as a result of his wanton disregard of the safety of a person.

### DAMAGES

13.    Plaintiff incorporates the preceding paragraphs by reference herein.

14.    The damages include, but are not limited to:

1.   Medical Expenses in the past, present, and future;

2. Physical pain and mental anguish in the past, present, and future;

3. Physical impairment in the past, present, and future;

4. Disfigurement in the past, present, and future;

## JURY DEMAND

16.    Pursuant to Rule 216 and 217 of the Texas Rules of Civil Procedure, Plaintiff requests a jury of his peers to hear the evidence of this case. Accordingly, Plaintiff tenders the proper jury fee with the filing of Plaintiff's Original Petition.

## PRAYER FOR RELIEF

17.    Wherefore, Plaintiff respectfully prays that the Court provide the following equitable and legal relief:

A. Advance this case on the docket and order a speedy hearing at the earliest practicable date;

B. Grant judgment against Defendants for Plaintiff's damages as set forth above in an amount in excess of the minimal jurisdictional limits of this Court;

C. Interest on said judgment at the legal rate from the date of judgment until paid;

D. Pre-judgment interest;

E. Costs of Court; and

F. Such other and further relief, general and special, to which Plaintiff may be entitled, either at law or in equity.

Respectfully submitted,
**EATON LAW FIRM, LLC**
5473 Blair Road, Ste. 100
Dallas, TX 75231
Tel: (214) 210-2847
Fax: (214) 594-9364

/s/  *Patrick W. Eaton*

By:_____

       Patrick W. Eaton
       State Bar No. 24088965
       patrick@eatonlawfirm-tx.com
       Attorney for Plaintiff

---

**IMPORTANT NOTICE TO DEFENDANT MARTY LATRELL JAMERSON:**

**YOU MUST DELIVER THIS PETITION IMMEDIATELY TO YOUR INSURANCE COMPANY.**

---